**Alfred AXEL, Bankrupt-Appellant, v. INDUSTRIAL BANK OF COMMERCE, Objecting Creditor-Appellee.**

No. 211, Docket 22311.

United States Court of Appeals Second Circuit.

Argued March 10, 1952.

Decided March 21, 1952.

Freiman & Brecher, New York City, Maurice Freiman and Louis Jay Brecher, New York City, of counsel, for appellant.

Henry W. Parker, New York City, Robert Ohmmus, New York City, on the brief, for appellee.

Before SWAN, Chief Judge, and CLARK and FRANK, Circuit Judges.

PER CURIAM.

Order, 103 F.Supp. 810, affirmed on opinion below.

**In the Matter of the Investigation by January 1952 Grand Jury, Mario L. BOVE, Appellant.**

No. 10685.

United States Court of Appeals Third Circuit.

Argued April 9, 1952.

Decided May 2, 1952.

GOURLEY, Judge.

Mario L. Bore, pro se.

No brief filed and no appearance entered for government.

Before GOODRICH, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

This appeal presents no question on which relief can be given the appellant. The points he made were set out and considered by the district judge when the matter was before him. That opinion, D. C., 102 F.Supp. 911, adequately and correctly covers the matter. The judgment will be affirmed.